STATE EX REL. MURPHY, Appellant, vs. CUMMINGS, Judge of the Civil Court, etc., Respondent.

For the appellant: *Max Mysell* of Milwaukee.
For the respondent: *Clarence W. Dodson* of Milwaukee.

*By the Court.*—Judgment affirmed.

LYMAN, Respondent, vs. VILLAGE OF DOWNING, Appellant.

For the appellant: *Dean & Dean* of Glenwood City.
For the respondent: *Spencer Haven* of Hudson.

*By the Court.*—Judgment affirmed.

*December 4, 1928.*

WILL OF STOFFELS: THURNER and others, Appellants, vs. STOFFELS and another, Respondents.

For the appellants: *Thos. F. Hayden* of Milwaukee.
For the respondents: *Harvey C. Hartwig* of Milwaukee.

*By the Court.*—Judgment affirmed.